# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV16-05466-AS | Date | December 7, 2017 |
| Title | Lanisha Dalaney v. Nancy A. Berryhill, *Acting Commissioner of Social Security* | | |

Present: The Honorable  Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**   **(IN CHAMBERS)** ORDER TO SHOW CAUSE

   On July 21, 2016, Plaintiff Lanisha Dalaney filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) and 28 U.S.C. § 1361 (Docket Entry No. 1). On July 26, 2016, the Court issued an Order Re: Procedures in Social Security Case ("CMO") (Docket Entry No. 9). On September 12, 2017 the parties filed a fifth Stipulation for Extension of Time to file the Parties' Joint Stipulation (Docket Entry No. 28) and the Court extended the filing of the Joint Stipulation to November 20, 2017 (Docket Entry No. 29). To date, the parties' have failed to file their Joint Stipulation or request an extension of time in which to do so.

   The Court ORDERS the parties' to promptly file the Joint Stipulation within five (5) days of the date of this Order. All other deadlines of the CMO remain in effect.

    0  :  00

Initials of Preparer    AF